IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRYSTI SOVA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES,<br><br>　　　　　　　　Defendant. | 4:23CV3121<br><br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

　　IT IS ORDERED that the parties' joint motion to extend the final progression order, Filing No. 20, is granted. The unexpired deadlines in the final progression order, Filing No. 14, are amended as follows:

1)　The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for July 16, 2024 is <u>continued</u> and will be held with the undersigned magistrate judge on **October 1, 2024** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)　The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is May 13, 2024. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by May 28, 2024.

　　**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3)     The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

        For the plaintiff(s):        June 10, 2024.

        For the defendant(s):       July 10, 2024.

        Plaintiff(s)' rebuttal:        July 24, 2024.

4)     The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

        For the plaintiff(s):        July 10, 2024.

        For the defendant(s):       August 12, 2024.

        Plaintiff(s)' rebuttal:        August 26, 2024.

5)     The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is September 23, 2024.

    a. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is 15.

    b. Depositions will be limited by Rule 30(d)(1).

6)     The deadline for filing motions to dismiss and motions for summary judgment is October 22, 2024.

7)     The deadline for filing motions to exclude testimony on *Daubert* and related grounds is December 30, 2024.

8)     Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

9)      The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

10)     All other deadlines in the court's prior case progression order, Filing No. 14, are unchanged. All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 23rd day of January, 2024.

                                           BY THE COURT:

                                           *s/ Jacqueline M. DeLuca*

                                           United States Magistrate Judge