IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRYSTI SOVA,<br><br>Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES,<br><br>Defendant. | 4:23CV3121<br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

The Court held a status conference with counsel for the parties on February 3, 2025 to discuss case progression. The Court now grants the parties' Joint Motion for Extension of Time, Filing No. 43, for substantial good cause shown.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for May 27, 2025 is continued and will be held with the undersigned magistrate judge on **September 23, 2025** at **9:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is May 8, 2025. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by May 15, 2025.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   For the plaintiff(s):        June 5, 2025.

   For the defendant(s):     July 7, 2025.

   Plaintiff(s)' rebuttal:      July 21, 2025.

4) The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   For the plaintiff(s):        July 7, 2025.

   For the defendant(s):     September 9, 2025.

   Plaintiff(s)' rebuttal:      September 23, 2025.

5) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is September 18, 2025.

6) The deadline for filing motions to dismiss and motions for summary judgment is October 20, 2025.

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is December 26, 2025.

8) **Motions in limine shall be filed twenty-eight days before trial**. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

9) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. **Such requests will not be considered absent a substantial showing of good cause.**

10) All other deadlines and provisions in the Court's prior final progression

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

orders not amended herein remain unchanged.

Dated this 3rd day of February, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge