IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRYSTI SOVA<br><br>      Plaintiff,<br><br>vs.<br><br><br>NEBRASKA DEPARTMENT OF<br>CORRECTIONAL SERVICES<br><br>      Defendant. | **4:23CV3121**<br><br><br>**ORDER SETTING TRIAL AND<br>PRETRIAL CONFERENCE** |

IT IS ORDERED:

1) The joint motion to continue trial, Filing No. 94, is granted. The trial and pretrial settings are reset as set forth herein.

2) The jury trial of this case is set to commence before John M. Gerrard, Senior United States District Judge, in Courtroom 3, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **October 5, 2026**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

3) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **September 3, 2026** at 1:00 p.m., and will be conducted by internet conferencing.  Conferencing instructions will be provided by the court prior to the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to deluca@ned.uscourts.gov, in Word format, by 5:00 p.m. on August 27, 2026.

4) Motions in limine and motions for pre-trial evidentiary hearings on the admissibility of evidence must be filed at least twenty-eight days prior to trial.

1

2

Dated this 10th day of June, 2026.

BY THE COURT:


*s/ Jacqueline M. DeLuca*

United States Magistrate Judge