IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRYSTI SOVA,<br><br>                Plaintiff,<br><br>      vs.<br><br>NEBRASKA DEPARTMENT OF<br>CORRECTIONAL SERVICES,<br><br>                Defendant. | **4:23CV3121**<br><br><br><br>**ORDER** |

The Court has been advised that the parties in this case have resolved their claims. Completing the settlement, however, will require approval from the Nebraska Legislature in its upcoming session. Accordingly,

 IT IS ORDERED:

1.  The Clerk of Court shall terminate the pretrial and trial settings, and any

    hearings set for this case.

2.  On or before June 25, 2027, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

3.  The Clerk of the Court shall set a dismissal papers deadline for June 25, 2027.

4.  This case is closed for administrative purposes.

Dated this 13th day of July, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge